IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00543-BNB

JERRY MLK McNEILL,

    Plaintiff,

v.

PEOPLE OF COLORADO,
EL PASO COUNTY,
CITY OF COLORADO SPRINGS,
FOURTH JUDICIAL DISTRICT COURT,
OFFICE OF THE DISTRICT ATTORNEY,
OFFICE OF THE PUBLIC DEFENDER, and
COLORADO SPRINGS POLICE DEPARTMENT,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 28 2006

GREGORY C. LANGHAM
              CLERK

---

ORDER DIRECTING PLAINTIFF TO FILE SECOND AMENDED COMPLAINT

---

Plaintiff Jerry MLK McNeill initiated this action by filing *pro se* a complaint. On April 11, 2006, he filed an amended complaint on the proper form. The court must construe the amended complaint liberally because Mr. McNeill is representing himself. **See Haines v. Kerner**, 404 U.S. 519, 520-21 (1972); **Hall v. Bellmon**, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be the *pro se* litigant's advocate. **See Hall**, 935 F.2d at 1110. For the reasons stated below, Mr. McNeill will be ordered to file a second amended complaint.

The court has reviewed the amended complaint and finds that it is deficient because Mr. McNeill fails to allege facts to support the claims he is asserting against the various entities named as Defendants. Mr. McNeill asserts a number of claims

pursuant to 42 U.S.C. § 1983 contending that his constitutional rights have been violated but he fails to allege facts that would support holding Defendants liable for the alleged constitutional violations. For example, two of the named Defendants are municipalities but Mr. McNeill does not allege facts to support claims of municipal liability against those Defendants. *See Hinton v. City of Elwood, Kan.*, 997 F.2d 774, 782 (10th Cir. 1993) (discussing requirements of municipal liability). To the extent Mr. McNeill may be asserting claims in the amended complaint that are not constitutional claims, the amended complaint does not comply with the pleading requirements of Rule 8 of the Federal Rules of Civil Procedure because it is not clear what those claims are.

Therefore, Mr. McNeill will be ordered to file a second amended complaint. Mr. McNeill is reminded that § 1983 "provides a federal cause of action against any person who, acting under color of state law, deprives another of his federal rights." *Conn v. Gabbert*, 526 U.S. 286, 290 (1999). To the extent he is claiming that his constitutional rights have been violated, Mr. McNeill should name as Defendants in the second amended complaint the individuals he believes actually violated his rights.

Finally, Mr. McNeill has filed two motions for appointment of counsel and a motion for a mandatory injunction in which he asks the court to order the El Paso County District Court to send a copy of the state court record of Mr. McNeill's criminal case to him. The motions for appointment of counsel will be denied as premature and the motion for a mandatory injunction also will be denied. Accordingly, it is

ORDERED that Mr. McNeill file **within thirty (30) days from the date of this order** a second amended complaint that complies with this order. It is

FURTHER ORDERED that the clerk of the court mail to Mr. McNeill, together

with a copy of this order, two copies of the following form: Prisoner Complaint. It is

FURTHER ORDERED that, if Mr. McNeill fails within the time allowed to file a second amended complaint that complies with this order to the court's satisfaction, the action will be dismissed without further notice. It is

FURTHER ORDERED that the motion for a mandatory injunction filed on March 27, 2006, and the motions for counsel filed on March 27, 2006, and on April 11, 2006, are denied.

DATED April 28, 2006, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 06-cv-00543-BNB

Jerry MLK Mcneill
Prisoner No. A0233732
Criminal Justice Center
2739 E. Las Vegas St.
Colorado Springs, CO 80906

    I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner Complaint** to the above-named individuals on 4/28/06

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk