IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00543-BNB

JERRY MLK McNEILL,

    Plaintiff,

v.

PEOPLE OF COLORADO,
EL PASO COUNTY,
CITY OF COLORADO SPRINGS,
FOURTH JUDICIAL DISTRICT COURT,
OFFICE OF THE DISTRICT ATTORNEY,
OFFICE OF THE PUBLIC DEFENDER, and
COLORADO SPRINGS POLICE DEPARTMENT,

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 16 2006

GREGORY C. LANGHAM
CLERK

---

## ORDER DISMISSING CASE

Plaintiff Jerry MLK McNeill initiated this action by filing *pro se* a complaint. On April 11, 2006, he filed an amended complaint on the proper form. On April 28, 2006, Magistrate Judge Boyd N. Boland ordered Mr. McNeill to file a second amended complaint. On May 4, 2006, Mr. McNeill filed a motion for voluntary dismissal.

The Court must construe the motion liberally because Mr. McNeill is representing himself. **See *Haines v. Kerner*,** 404 U.S. 519, 520-21 (1972); ***Hall v. Bellmon*,** 935 F.2d 1106, 1110 (10th Cir. 1991). The Court will construe the motion as a notice of voluntary dismissal pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Rule 41(a)(1) of the Federal Rules of Civil Procedure provides that "an action may be dismissed by the plaintiff without order of court (i) by filing a notice of dismissal

at any time before service by the adverse party of an answer or of a motion for summary judgment." No response has been filed by Defendants in this action. A voluntary dismissal pursuant to Rule 41(a)(1) is effective immediately upon the filing of a written notice of dismissal, and no subsequent court order is necessary. *See* J. Moore, Moore's Federal Practice ¶ 41.02(2) (2d ed. 1995); ***Hyde Constr. Co. v. Koehring Co.***, 388 F.2d 501, 507 (10th Cir. 1968). The notice closes the file. *See* ***Hyde Constr. Co.***, 388 F.2d at 507. Accordingly, it is

ORDERED that the motion for voluntary dismissal filed on May 4, 2006, is construed as a notice of voluntary dismissal without prejudice pursuant to Fed. R. Civ. P. 41(a)(1). It is

FURTHER ORDERED that the voluntary dismissal is effective as of May 4, 2006, the date the notice was filed in this action. It is

FURTHER ORDERED that judgment is entered in favor of Defendants and against Plaintiff.

DATED at Denver, Colorado, this 15 day of May, 2006.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 06-cv-00543-BNB

Jerry MLK McNeill
El Paso County
Criminal Justice Center
2739 E. Las Vegas St.
Colorado Springs, CO 80906

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on  5-16-06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk